

**FILED**

DEC 0 9 2013

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13–37–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JORDAN LINN GRAHAM, | |
| Defendant. | |

On December 6, 2013,[1] the government provided the Court with Agent Stacey Smiedala's personnel file for *in camera* review. (Doc. 151.) Having reviewed the file pursuant to Local Criminal Rule 16.1(d),

IT IS ORDERED that the government produce the material included in Document 151-1 to the Defendant under seal. The government need not provide pages 22-28. This information is not to be photocopied by the Defendant and shall

---

[1] This document was filed two days prior to trial. Local Criminal Rule 16.1(a) states that such production shall not occur later than seven days before trial.

1

be returned to the Court at the conclusion of trial.

Dated this 9th day of December, 2013.

_____
Donald W. Molloy, District Judge
United States District Court