IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-37–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JORDAN LINN GRAHAM, | **FILED** |
| Defendant. | DEC 0 9 2013 |
| | Clerk, U.S. District Court<br>District Of Montana<br>Missoula |

IT IS ORDERED that lunch be provided for the jurors in the above entitled case beginning on December 9, 2013, and continuing until the conclusion of the presentation of evidence, and that all meals be provided to the jurors during deliberation.

Dated this 9 day of December, 2013.

Donald W. Molloy, District Judge
United States District Court