# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## TRANSCRIPT DESIGNATION AND ORDERING FORM
*Please read instructions.*

| | | |
|---|---|---|
| **1. NAME** Zeno B. Baucus | **2. PHONE NUMBER** 406-457-5120 | **3. DATE** 1/3/2014 |
| **4. MAILING ADDRESS** 901 Front Street, Suite 1100 | **5. E-MAIL ADDRESS** cassie.potter@usdoj.gov | **6. CITY** Helena  **7. STATE** MT |
| **8. ZIP CODE** 59626 | **9. JUDGE** Molloy | **10. CASE NAME** U.S. v. Jordan Graham |
| **11. U.S. DISTRICT COURT CASE NUMBER** CR 13-37-M-DWM | **12. COURT OF APPEALS CASE NUMBER** | |

**13. ORDER FOR**

- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER - Specify

**14. TRANSCRIPT REQUESTED** - Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.

| PORTIONS | DATE(S) | REPORTER | PORTIONS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| Change of Plea | 12/12/13 | Bacheller | Closing Argument - Plaintiff | | |
| Pre-trial Proceeding | | | Closing Argument - Defendant | | |
| Voir Dire | | | Settlement Instructions | | |
| Opening Statement - Plaintiff | | | Jury Instructions | | |
| Opening Statement - Defendant | | | Sentencing | | |
| Testimony - Specify Witness | | | Other - Specify | | |

**15. ORDER**

| CATEGORY | ORIGINAL (Includes certified copy to clerk for records of the Court) | FIRST COPY | ADDITIONAL COPIES | Paper | Electronic Specify File Format |
|---|---|---|---|---|---|
| 30-Day | $3.65/page | $.90/page | $.60 page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| 14-Day | $4.25/page [x] | $.90/page | $.60/page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  [x] PDF |
| 7-Day | $4.85/page | $.90/page | $.60/page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| DAILY | $6.05/page | $1.20/page | $.90/page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| HOURLY | $7.25/page | $1.20/page | $.90/page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |

**16. & 17. CERTIFICATE OF SERVICE, DISTRIBUTION and PAYMENT**

E-file this form with the Clerk's Office, mail to opposing counsel if they are not electronic filers and serve the court reporter.
If payment is authorized under CJA, do not e-file the CJA-24 form. Mail it to the court reporter.
Financial arrangements must be made with the court reporter before transcript is prepared.

I certify that this form has been served on the court reporter this date: 1/3/2014    Attorney signature: /s/ Zeno B. Baucus

Date order received by court reporter: _____    Expected transcript completion date: _____